720

## Commonwealth v. Harn, Appellant.

Submitted June 14, 1971. *John R. Gates*, and *Henry, Corcelius & Gates*, for appellant; *Newton C. Taylor*, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Harris, Appellant.

Argued June 22, 1971. *Howard L. Schambelan*, with him *David Berger*, for appellant; *Milton M. Stein*, Assistant District Attorney, with him *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Hassinger, Appellant.

Argued June 17, 1971. *Larry F. Knepp*, for appellant; *Horace J. Culbertson*, District Attorney, for Commonwealth, appellee.

Decree and sentence affirmed.

SPAULDING, J., absent.